UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | R2189584 |
| VERSUS | : | 18 U.S.C. §641 |
| RICHARD GAYLEN CLARK | : | CASE NO. 10-cr-00342-01 |

## BILL OF INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

That on or about 5 October 2010, at Barksdale AFB, Louisiana, in the Shreveport Division of the Western District of Louisiana, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, Richard Gaylen Clark did willfully and wrongfully steal and purloin the following: a pair of Fossil sunglasses of the value of $60.00, a bottle of Polo cologne of the value of $57.60, and a four-pack of Under Armor socks of the value of $13.99, all of an aggregate value of $131.59, of the goods and property of the United States, in violation of 18 U.S.C. §641.

STEPHANIE A. FINLEY
United States Attorney

BY: *John S. Odom, Jr.*
JOHN S. ODOM, JR.
Special Asst. U. S. Attorney